Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
Phone: (212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SYNOVICS PHARMACEUTICALS, INC.,

    Plaintiff,

v.

NIRMAL MULYE and NOSTRUM
PHARMACEUTICALS, INC.,

    Defendants.

---

08 CIV 5861

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Synovics Pharmaceuticals, Inc., state that Synovics Pharmaceuticals, a publicly owned corporation has no parent company.

Dated: June 27, 2008
      New York, NY

                    Respectfully submitted,

                    DEWEY PEGNO & KRAMARSKY LLP

                    By: _____
                          Thomas Dewey, Esq. (TD-6243)
                    220 East 42nd Street
                    New York, NY 10017
                    Phone: (212) 943-9000

                    *Attorneys for Plaintiff*

OF COUNSEL:

BAACH ROBINSON & LEWIS PLLC
Dwight P. Bostwick, Esq.
Alan B. Croft, Esq.
1201 F Street, NW, Suite 500
Washington, DC 20004
Phone: (202) 833-8900

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served by FedEx on the following counsel of record for Defendants, this 27th day of June 2008:

Carlton R. Asher, Jr.
Law Offices of Carlton R. Asher, Jr.
110 East 59th Street, Suite 2900
New York, NY 10022
*Attorneys for Defendants*

_____
Kamani Singh