Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
Phone: (212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC.,<br><br>Defendants. | 08 CIV 5861<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Synovics Pharmaceuticals, Inc., state that Synovics Pharmaceuticals, Inc., a publicly owned corporation, has no parent company. The undersigned further state that no publicly held company owns 10% or more of the stock of Synovics Pharmaceuticals, Inc.

Dated: July 1, 2008
     New York, NY

                        Respectfully submitted,

                        DEWEY PEGNO & KRAMARSKY LLP

                        By    /s/  Thomas E. L. Dewey
                                 Thomas E. L. Dewey (TD-6243)
                        220 East 42nd Street
                        New York, NY 10017
                        Phone: (212) 943-9000
                        *Attorneys for Plaintiff*

OF COUNSEL:

BAACH ROBINSON & LEWIS PLLC
Dwight P. Bostwick, Esq.
Alan B. Croft, Esq.
1201 F Street, NW, Suite 500
Washington, DC 20004
Phone: (202) 833-8900