Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNOVICS PHARMACEUTICALS, INC.,

          Plaintiff,

          v.

NIRMAL MULYE and NOSTRUM
PHARMACEUTICALS, INC.,

          Defendants.

08 CIV 5861

ECF CASE

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas E. L. Dewey, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Dwight Phillip Bostwick |
| Firm Name: | Baach Robinson & Lewis PLLC |
| Address: | 1201 F Street, NW, Suite 500 |
| City/State/Zip: | Washington, DC 20004-1225 |
| Phone Number: | (202) 833-8900 |
| Fax Number: | (202) 466-5738 |
| Email: | dwight.bostwick@bachrobinson.com |

Dwight P. Bostwick is a member in good standing of the Bar of the District of Columbia and the District of Columbia Circuit. There are no pending disciplinary proceedings against Mr. Bostwick in any State or Federal Court.

Dated: New York, New York
July 17, 2008

                                        Respectfully submitted,

                                        DEWEY PEGNO & KRAMARSKY LLP

                                        _____
                                        Thomas E. L. Dewey (TD 6243)
                                        220 East 42nd Street
                                        New York, NY 10017
                                        Phone: (212) 943-9000
                                        Fax:   (212) 943-4325

Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC., <br><br> Defendants. | 08 CIV 5861 <br><br> ECF CASE |

### AFFIDAVIT OF THOMAS E. L. DEWEY IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

STATE OF NEW YORK   )
                    :  ss.:
COUNTY OF NEW YORK  )

THOMAS E. L. DEWEY, being duly sworn, deposes and says:

1. I am a member of Dewey Pegno & Kramarsky LLP, counsel to plaintiff Synovics Pharmaceuticals, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dwight P. Bostwick as counsel *pro hac vice* to represent Plaintiff in this action.

2.  I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in November 30, 1992. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Mr. Bostwick is a partner of the law firm of Baach Robinson & Lewis PLLC, in Washington, DC.

4.  I have found Mr. Bostwick to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Attached hereto as Exhibit A are true and correct copies of certificates of standing for Mr. Bostwick from the U.S. Court of Appeals for the District of Columbia Circuit and the District of Columbia Court of Appeals.

6.  Accordingly, I am pleased to move the admission of Dwight P. Bostwick, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Dwight P. Bostwick, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Dwight P. Bostwick, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

_____<br>
Thomas E. L. Dewey

Sworn to before me this
\_\_\_\_ day of July, 2008

_____
Notary Public

MADELINE BARBOSA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6089858
Qualified in Bronx County
My Commission Expires March 31, 2011

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DWIGHT P. BOSTWICK**

was on the 15TH day of MARCH, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

## Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that DWIGHT PHILLIP BOSTWICK was on the 27th day of March, 2003, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 10 day of July, 2008.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*

Mark L. Powstanski
Deputy Clerk/CO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC., <br><br> Defendants. | 08 CIV 5861 <br><br> ECF CASE |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Thomas E. L. Dewey, counsel for Synovics Pharmaceuticals, Inc., and said sponsor attorney's affidavit in support sworn to July 17, 2008;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dwight Phillip Bostwick |
| Firm Name: | Baach Robinson & Lewis PLLC |
| Address: | 1201 F Street, NW, Suite 500 |
| City/State/Zip: | Washington, DC 20004-1225 |
| Phone Number: | (202) 833-8900 |
| Fax Number: | (202) 466-5738 |
| Email: | dwight.bostwick@bachrobinson.com |

is admitted to practice *pro hac vice* as counsel for Synovics Pharmaceuticals, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  New York, New York
        July ___, 2008

                              SO ORDERED:

                              _____
                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing: (i) Motion to Admit Counsel Pro Hac Vice, (ii) Affidavit of Thomas E. L. Dewey in Support of Motion to Admit Pro Hac Vice was served by federal express on the following counsel of record for Defendants, on this 17th day of July, 2008:

> Carlton R. Asher, Jr.
> Law Offices of Carlton R. Asher, Jr.
> 110 East 59th Street, Suite 2900
> New York, NY 10022
> *Attorneys for Defendants*

_____
Kamani Singh