SCANNED

SCANNED

Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC., <br><br> Defendants. | 08 CIV 5861 <br><br> ECF CASE |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas E. L. Dewey, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Alan B. Croft

    Firm Name:          Baach Robinson & Lewis PLLC

    Address:            1201 F Street, NW, Suite 500

    City/State/Zip:     Washington, DC 20004-1225

    Phone Number:       (202) 833-8900

    Fax Number:         (202) 466-5738

    Email:              alan.croft@bachrobinson.com

Alan B. Croft is a member in good standing of the Bars of Virginia and the District of Columbia Circuit. There are no pending disciplinary proceedings against Mr. Croft in any State or Federal Court.

Dated: New York, New York
      July 17, 2008

                                      Respectfully submitted,

                                      DEWEY PEGNO & KRAMARSKY LLP

                                      _____
                                      Thomas E. L. Dewey (TD 6243)
                                      220 East 42nd Street
                                      New York, NY 10017
                                      Phone: (212) 943-9000
                                      Fax:   (212) 943-4325

Thomas E. L. Dewey (TD-6243)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC., <br><br> Defendants. | 08 CIV 5861 <br><br> ECF CASE |

### AFFIDAVIT OF THOMAS E. L. DEWEY IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

STATE OF NEW YORK    )
                     :  ss.:
COUNTY OF NEW YORK   )

THOMAS E. L. DEWEY, being duly sworn, deposes and says:

1. I am a member of Dewey Pegno & Kramarsky LLP, counsel to plaintiff Synovics Pharmaceuticals, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Alan B. Croft as counsel *pro hac vice* to represent Plaintiff in this action.

2.	I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in November 30, 1992. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.	Mr. Croft is a partner of the law firm of Baach Robinson & Lewis PLLC, in Washington, DC.

4.	I have found Mr. Croft to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.	Attached hereto as Exhibit A are true and correct copies of certificates of good standing for Mr. Croft from the Virginia State Bar and the U.S. District Court for the District of Columbia.

6.	Accordingly, I am pleased to move the admission of Alan B. Croft, *pro hac vice*.

7.	I respectfully submit a proposed order granting the admission of Alan B. Croft, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Alan B. Croft, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

_____
Thomas E. L. Dewey

Sworn to before me this
17th day of July, 2008

_____
Notary Public

MADELINE BARBOSA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6089858
Qualified In Bronx County
My Commission Expires March 31, 2011

2

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ALAN   B.   CROFT**

was, on the  12th  day of  September  A.D.  1994  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  10th  day of  July  A.D. 2008.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

This is to certify that **ALAN B. CROFT** is an active member of the Virginia State Bar in good standing. **MR. CROFT** was licensed to practice law in Virginia on **February 5, 1971**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued July 9, 2008

*Karen A. Gould*
Executive Director and
Chief Operating Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNOVICS PHARMACEUTICALS, INC.,

                Plaintiff,

      v.

NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC.,

                Defendants.

08 CIV 5861

ECF CASE

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Thomas E. L. Dewey, counsel for Synovics Pharmaceuticals, Inc., and said sponsor attorney's affidavit in support sworn to July 17, 2008;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alan B. Croft |
| Firm Name: | Baach Robinson & Lewis PLLC |
| Address: | 1201 F Street, NW, Suite 500 |
| City/State/Zip: | Washington, DC 20004-1225 |
| Phone Number: | (202) 833-8900 |
| Fax Number: | (202) 466-5738 |
| Email: | alan.croft@bachrobinson.com |

is admitted to practice *pro hac vice* as counsel for Synovics Pharmaceuticals, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      July ___, 2008

                              SO ORDERED:

                              _____
                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing: (i) Motion to Admit Counsel Pro Hac Vice, (ii) Affidavit of Thomas E. L. Dewey in Support of Motion to Admit Pro Hac Vice was served by federal express on the following counsel of record for Defendants, on this 17th day of July, 2008:

>Carlton R. Asher, Jr.
>Law Offices of Carlton R. Asher, Jr.
>110 East 59th Street, Suite 2900
>New York, NY 10022
>*Attorneys for Defendants*

_____
Kamani Singh