UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNOVICS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRMAL MULYE and NOSTRUM PHARMACEUTICALS, INC., <br><br> Defendants. | 08 CIV 5861 <br><br> ECF CASE |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Thomas E. L. Dewey, counsel for Synovics Pharmaceuticals, Inc., and said sponsor attorney's affidavit in support sworn to July 17, 2008;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dwight Phillip Bostwick |
| Firm Name: | Baach Robinson & Lewis PLLC |
| Address: | 1201 F Street, NW, Suite 500 |
| City/State/Zip: | Washington, DC 20004-1225 |
| Phone Number: | (202) 833-8900 |
| Fax Number: | (202) 466-5738 |
| Email: | dwight.bostwick@bachrobinson.com |

is admitted to practice *pro hac vice* as counsel for Synovics Pharmaceuticals, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      July 22, 2008

                          SO ORDERED:

                          _____
                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing: (i) Motion to Admit Counsel Pro Hac Vice, (ii) Affidavit of Thomas E. L. Dewey in Support of Motion to Admit Pro Hac Vice was served by federal express on the following counsel of record for Defendants, on this 17th day of July, 2008:

>   Carlton R. Asher, Jr.
>   Law Offices of Carlton R. Asher, Jr.
>   110 East 59th Street, Suite 2900
>   New York, NY 10022
>   *Attorneys for Defendants*

_____
Kamani Singh