Carlton R. Asher, Jr. (CA-8530)
LAW OFFICES OF CARLTON R. ASHER, JR.
110 East 59th Street, Suite 2900
New York, New York 10022-1304
Tel.: (212) 308-7171
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SYNOVICS PHARMACEUTICALS, INC.,

           Plaintiff,

    - against -                                  08 Civ. 5861 (JSR)

NIRMAL MULYE and NOSTRUM
PHARMACEUTICALS, INC.,

           Defendants.
------------------------------------x

## NOSTRUM INVESTMENT, INC.'S RULE 7.1 STATEMENT

Nostrum Investments, Inc. (formerly known as Nostrum Pharmaceuticals, Inc.) ("Nostrum"), by and through its counsel, pursuant to Fed.R.Civ.P. 7.1, hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of the capital stock of Nostrum.

Dated: New York, New York
       July 25, 2008

                              LAW OFFICES OF CARLTON R. ASHER, JR.

                              By _/s/ Carlton R. Asher_
                                Carlton R. Asher, Jr. (CA-8530)
                                110 East 59th Street, Suite 2900
                                New York, New York 10022-1304
                                Tel.: (212) 308-7171
                                *Attorneys for Defendants*