Carlton R. Asher, Jr. (CA-8530)
LAW OFFICES OF CARLTON R. ASHER, JR.
110 East 59th Street, Suite 2900
New York, New York 10022-1304
Tel.: (212) 308-7171
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SYNOVICS PHARMACEUTICALS, INC.,

                Plaintiff,

    - against -               08 Civ. 5861 (JSR)

NIRMAL MULYE and NOSTRUM        **APPEARANCE**
PHARMACEUTICALS, INC.,

                Defendants.
----------------------------------------x

To the Clerk of this Court and all Parties of Record:

    Enter my appearance as counsel for defendants, Nirmal Mulye and Nostrum Pharmaceuticals, Inc.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
         July 25, 2008

                                    */s/ Carlton R. Asher*
                                    Carlton R. Asher, Jr.  Bar No. CA-8530
                                    Law Offices of Carlton R. Asher, Jr.
                                    110 East 59th Street, 29th Floor
                                    New York, New York 10022
                                    Telephone:  (212) 308-7171
                                    Facsimile:   (212) 223-4912
                                    E-mail:  asherlaw@att.net