Rakoff J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
SYNOVICS PHARMACEUTICALS, INC.,

                Plaintiff,

- against -                    08 Civ. 5861 (JSR)

NIRMAL MULYE and NOSTRUM
PHARMACEUTICALS, INC.,

                Defendants.
---------------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties in the above-referenced action that the time for defendants to answer the complaint herein be and the same hereby is extended to and including August 13, 2008.

Dated: New York, New York
       July 25, 2008

                            DEWEY PEGNO & KRAMARSKY LLP

                            By_____
                               Thomas Dewey (TD-6243)
                            220 East 42nd Street
                            New York, New York 10017
                            Tel.: (212) 943-9000

                            *Attorneys for Plaintiffs*

Of Counsel:

Dwight P. Bostwick, Esq.
Alan B. Croft, Esq.
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004
Tel.: (202) 833-8900

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-08
```

LAW OFFICES OF CARLTON R. ASHER, JR.

By /s/ Carlton R. Asher
Carlton R. Asher, Jr. (CA-8530)
110 East 59th Street, Suite 2900
New York, New York 10022-1304
Tel.: (212) 308-7171

*Attorneys for Defendants*

SO ORDERED:
7/28/, 2008

_____
U.S.D.J.

2