Carlton R. Asher, Jr. (CA-8530)
LAW OFFICES OF CARLTON R. ASHER, JR.
110 East 59th Street, Suite 2900
New York, New York 10022-1304
Tel.: (212) 308-7171
*Attorneys for Defendants and*
 *Counterclaim Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SYNOVICS PHARMACEUTICALS, INC., :

                Plaintiff, :

  - against - :    08 Civ. 5861 (JSR)

NIRMAL MULYE and NOSTRUM
PHARMACEUTICALS, INC., :

                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NOSTRUM PHARMACEUTICALS, INC.
 (n/k/a Nostrum Investments, Inc.), :

           Counterclaim Plaintiff, :

  - against - :

SYNOVICS PHARMACEUTICALS, INC., :

           Counterclaim Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION PURSUANT TO FED.R.CIV.P 12(c) FOR DISMISSAL OF THE SECOND AND THIRD COUNTS IN PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that upon the Complaint dated June 27, 2008; the Amended Answer dated August 26, 2008; the Case Management Plan So Ordered August 14, 2008; the accompanying Declaration of Carlton R. Asher, Jr. dated September 5, 2008 and the exhibits thereto; and the accompanying Memorandum of Law dated September 5, 2008, defendant Nirmal Mulye and defendant and counterclaim plaintiff Nostrum Pharmaceuticals, Inc., by their

undersigned counsel, will move this Court, before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, New York, New York, on October 14, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing with prejudice the Second and Third Counts of the Complaint and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's direction, any papers in opposition to this motion must be filed and served on or before September 22, 2008, and reply papers shall be filed and served on or before October 3, 2008.

Dated:  New York, New York
        September 5, 2008

Respectfully submitted,

LAW OFFICES OF CARLTON R. ASHER, JR.

By _____
    Carlton R. Asher, Jr. (CA-8530)
110 East 59th Street, Suite 2900
New York, New York 10022-1304
Telephone:  (212) 308-7171
Facsimile:  (212) 223-4912
E-mail:  asherlaw@att.net

*Attorneys for Defendant Nirmal Mulye and
 Defendant and Counterclaim Plaintiff
 Nostrum Pharmaceuticals, Inc.*

*Of Counsel*
Evelyn R. Storch (ES-7294)
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN
A Professional Corporation
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5497
Telephone:  (973) 623-1000
Facsimile: (973) 623-9131

To: Thomas E.L. Dewey, Esq.
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, New York 10017
    and
Dwight P. Bostwick, Esq.
Alan B. Croft, Esq.
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004
*Attorneys for Plaintiff Synovics Pharmaceuticals, Inc.*