**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW   SUITE 1000
WASHINGTON, DC 20036-5807
202.778.1800   202.822.8106 fax   www.zuckerman.com

Dwight P. Bostwick
(202) 778-1882
Dbostwick@zuckerman.com

May 18, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-09

**VIA CERTIFIED MAIL**

Honorable Jed S. Rakoff
United States Courthouse
Room 1340
500 Pearl Street
New York, NY  10007

Re:   <u>Synovics Pharmaceuticals, Inc. v. Mulye, et al. No. 08 Civ. 5861 (JSR)</u>

Dear Judge Rakoff:

I write to ask Your Honor to modify the docket in the above-captioned matter to remove my name as counsel for Plaintiff as I am no longer practicing law with the firm of Baach Robinson & Lewis PLLC.  Thomas Dewey, Esq. and Jack B. Gordon, Esq., (a partner from Baach Robinson & Lewis PLLC) will continue to represent Plaintiff in this action, and all future correspondence should be sent to them.

I have prepared this letter pursuant to instructions provided by your Courtroom Deputy, Mr. Rigoberto Landers, in connection with the earlier removal of another attorney from the pleadings in this same case.

Respectfully submitted,

Dwight P. Bostwick

cc:   Clerk of Court, U.S. District Court for the Southern District of New York
      Jack B. Gordon, Esq. (Counsel for Plaintiff)
      Thomas E.L. Dewey, Esq. (Counsel for Plaintiff)
      Carlton Asher, Esq. (Counsel for Defendants)

**SO ORDERED**

_____  5/25/09
         USDJ

2238103.1